1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  STEVEN J. SALTIEL (CSBN 202292)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
5  Telephone: (415) 436-6970
   Facsimile:  (415) 436-6570
6
7  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:  CR 09-00939-001 MAG |
| Plaintiff, | ) |
| v. | ) **DECLARATION IN SUPPORT OF** |
| | ) **PETITION FOR REMISSION** |
| JUANA LARA, | ) |
| Defendant. | ) |

I, Laura Quach, declare as follows:

1.     I am employed as a debt collection agent in the United States Attorney's Office, Northern District of California, 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102.

2.     I am assigned to the Financial Litigation Unit of the United States Attorney's Office, which is responsible for the collection of criminal and civil debts outstanding.  My duties include collecting debts and maintaining the United States Attorney's Office's records on debt collection.  I am trained to run asset searches, including credit reports and reports available from third party vendors.  I am responsible for this case.

3.     On May 7, 2010, the Court imposed a fine against defendant in the amount of $525.00.  Interest of $.00 has accrued on the debt and $.00 in penalties have

DECLARATION OF LAURA QUACH
CASE NO.: CR 09-00939-001 MAG

1    been imposed.  As of this date, $475.00 remains due and owing on the fine, $.00

2    in interest, and $.00 in penalties.  The operative Judgment is attached as Exhibit

3    A.

4    4.      After reviewing the file in this case, I have concluded as follows (those

5    applicable marked by an "X"):

6    ___ The United States Attorney's Office has attempted to collect the fine either

7    through communication with the defendant or third parties and has not been

8    successful;

9    ___ The United States Attorney's Office does not have a current address or contact

10    information for the defendant;

11    _X_ Based on information received from the Bureau of Immigration and Customs

12    Enforcement the defendant was removed from the United States on August 25,

13    2010;

14    ___ The United States Attorney's Office has been unable to locate the whereabouts of

15    the defendant using reasonable search techniques and commercial search and

16    verification sources;

17    ___ The United States Attorney's Office does not have defendant's social security

18    number so it cannot effectively use ordinary search techniques or commercial

19    search sources to locate the defendant;

20    ___ The United States is not aware of any assets or earnings that could be used to

21    satisfy the fine; or

22    ___ The United States Attorney's Office believes that given the small size of the fine,

23    the age of the debt and the United States's inability to collect the fine in the past,

24    that further efforts to collect the fine would be futile.

25    I declare that the foregoing is true and correct under penalty of perjury.

26 Dated October 23, 2012, at San Francisco, California.

27

28                              LAURA QUACH

Exhibit A

AO 245B (Rev. 6/05 - Judgment in a Criminal Case)

# United States District Court
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | |
| JUANA MARISOL SANDOVAL LARA | USDC Case Number: CR-09-00939-001 MAG |
| | BOP Case Number: DCAN309CR000939-001 |
| | USM Number: |
| | Defendant's Attorney : Shawn Halbert |

## THE DEFENDANT:

[x]  pleaded guilty to count: One of the Information .
[ ]  pleaded nolo contendere to count(s) ___ which was accepted by the court.
[ ]  was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. Section 1028(a)(4) | Possession of a False Identification Document | February 14, 2006 | One |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on count(s) ___.

[ ]  Count(s) ___ (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material changes in economic circumstances.

May 6, 2010
Date of Imposition of Judgment

Signature of Judicial Officer

Honorable Maria-Elena James,  Chief U. S. Magistrate Judge
Name & Title of Judicial Officer

May 7, 2010
Date

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case - Probation

DEFENDANT:       JUANA MARISOL SANDOVAL LARA

Judgment - Page 2 of 6

CASE NUMBER:     CR-09-00939-001 MAG

## PROBATION

The defendant is hereby sentenced to supervised probation for a term of  2 years .

The defendant shall not commit another federal, state, or local crime. The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and two periodic drug tests thereafter.

[x]     The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)
[x]     The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check if applicable.)
[ ]     The defendant shall cooperate in the collection of DNA as direct as directed by the probation officer. (Check if applicable.)
[ ]     The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as direct by the probation officer. (Check if applicable.)
[ ]     The defendant shall participate in an approved program for domestic violence. (Check if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well with any additional conditions in this judgment.

Any appearance bond filed on behalf of the defendant is hereby exonerated.

## STANDARD CONDITIONS

1)     The defendant shall not leave the judicial district without permission of the court or probation officer;
2)     The defendant shall report to the probation officer, and shall submit a truthful and complete written report within the first five days of each month;
3)     The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)     The defendant shall support his or her dependants and meet other family responsibilities;
5)     The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)     The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)     The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)     The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)     The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10)    The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)    The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)    The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the Court; and
13)    As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 12/03) (CAND Rev. 3/07) Judgment in a Criminal Case - Probation

DEFENDANT:        JUANA MARISOL SANDOVAL LARA

Judgment - Page 3 of 6

CASE NUMBER:      CR-09-00939-001 MAG

## SPECIAL CONDITIONS OF PROBATION

1) The defendant shall pay a fine in the amount of $500, which shall be paid in installments at the discretion of the probation officer. Alternatively, in lieu of a fine, you may complete 62.5 hours of community service at the direction of the probation officer.

2) The defendant is placed on supervised probation for a term of 2 years. While on probation, you shall not commit another federal, state, or local crime, and shall comply with the standard conditions that have been adopted by this Court. However, as there is no indiction that the defendant has used illegal substances, the mandatory drug testing provision is hereby waived.

3) The defendant shall comply with the rules and regulations of the Bureau of Immigration and Customs Enforcement and, if deported, not reenter the United States without the express consent of the Secretary of the Department of Homeland Security. Upon reentry into the United States during the period of court ordered supervision, the defendant shall report to the nearest U.S. Probation Office within 72 hours.

3) The defendant shall not possess any false identification and shall provide his or her true identity at all times.

4) The defendant shall submit his/her person, residence, office, vehicle, or any property under his/her control to a search. Such a search shall be conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

5) The defendant shall pay to the United States a special assessment of $25, which shall be due immediately.

AO 245B (Rev. 12/03) - Judgment in a Criminal Case - sheet 6 - Schedule of Payments

DEFENDANT:      JUANA MARISOL SANDOVAL LARA

Judgment - Page 4 of 6

CASE NUMBER:    CR-09-00939-001 MAG

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|         | Assessment | Fine     | Restitution |
|---------|------------|----------|-------------|
| Totals: | $25.00     | $ 500.00 | $           |

[ ] The determination of restitution is deferred until _. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ] The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|
| Totals:       | $ _         | $ _                 |                        |

[ ] Restitution amount ordered pursuant to plea agreement $ _

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6, may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

   [ ] the interest requirement is waived for the    [ ] fine   [ ] restitution.

   [ ] the interest requirement for the    [ ] fine   [ ] restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 12/03) - Judgment in a Criminal Case - sheet 6 - Schedule of Payments

DEFENDANT:     JUANA MARISOL SANDOVAL LARA

Judgment - Page 5 of 6

CASE NUMBER:     CR-09-00939-001 MAG

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   [ ]   Lump sum payment of $ due immediately, balance due

    [ ]   not later than _____, or

    [ ]   in accordance with ( ) C, ( ) D, ( ) E or ( ) F below; or

B   [ ]   Payment to begin immediately (may be combined with ( ) C,  ( ) D, or ( ) F below); or

C   [ ]   Payment in equal     (e.g. weekly, monthly, quarterly) installments of $ _ over a period of __ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after the date of this judgment; or

D   [ ]   Payment in equal     (e.g. weekly, monthly, quarterly) installments of $ _ over a period of __ (e.g., months or years), to commence _ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E   [ ]   Payment during the term of supervised release will commence within (e,g, 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   [x]   Special instructions regarding the payment of criminal monetary penalties:
The defendant shall pay a fine in the amount of $500, which shall be paid in installments at the discretion of the probation officer.  Alternatively, in lieu of a fine you may complete 62.5 hours of community service at the direction of the probation officer.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ]   Joint and Several

| Defendant and co-defendant Names | Case Numbers (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee (if appropriate) |
|---|---|---|---|---|
| | | | | |

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

AO 245B (Rev. 12/03) - Judgment in a Criminal Case - sheet 6 - Schedule of Payments

DEFENDANT:      JUANA MARISOL SANDOVAL LARA

Judgment - Page 6 of 6

CASE NUMBER:      CR-09-00939-001 MAG

[ ]   The defendant shall pay the cost of prosecution.

[ ]   The defendant shall pay the following court cost(s):

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.