1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  STEVEN J. SALTIEL (CSBN 202292)
   Assistant United States Attorney
4  450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
5  Telephone: (415) 436-6970
   Facsimile:  (415) 436-6570
6
   Attorneys for Plaintiff
7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                       SAN FRANCISCO DIVISION
10
   UNITED STATES OF AMERICA,          )
11                                     )  Case No.:  CR 09-00939-001 MAG
                   Plaintiff,          )
12                                     )
              v.                       )
13                                     )
   JUANA LARA,                         )
14                                     )  (PROPOSED)
                   Defendant.          )  **ORDER REMITTING FINE**
15  _____)

16       Upon petition of the United States of America, and for good cause shown,

17       IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. §

18  3573, the unpaid portion of the fine imposed against the defendant in the amount of $475.00, accrued

19  interest in the amount of $.00, and penalties in the amount of $.00 are hereby remitted.

20

21

22  Dated: _November 6,_ 2012    _____
                                 MARIA-ELENA JAMES
23                               Chief, United States Magistrate Judge

24

25

26

27

28